BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA LYNN VINCENT<br> xxx-xx-6976<br><br>             Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>             Defendant. | Case No. 15-910 KJN<br><br>STIPULATIONAND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from October 23, 2015, to November 13, 2015, with all other deadlines extended accordingly.   This extension is required due to the counsel's crowded briefing schedule with three other briefs due the same day.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: October 22, 2015 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: October 23, 2015          Benjamin B. Wagner
                                 United States Attorney

                                 Deborah Lee Stachel
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 /s/ Lynn M. Harada
                                 LYNN M. HARADA

                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:   October 27, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2