UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA LYNN VINCENT, | No. 2:15-cv-910-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to a previous extension of time, plaintiff's motion for summary judgment was due on November 13, 2015. (ECF No. 14.) On November 20, 2015, about 7 days after the motion for summary judgment was due, plaintiff filed the instant motion for an extension of time until December 18, 2015 to file her motion for summary judgment. (ECF No. 15.) The motion indicates that, due to the combined side effects of two new medications, plaintiff's counsel was unable to file the motion for summary judgment.

Plaintiff's counsel fails to show good cause for her tardiness in seeking an extension. Although the court is sympathetic to counsel's medical difficulties, she does not articulate why she was unable to timely seek an extension of the applicable deadline. Her filing does not suggest that she was so incapacitated as to be completely unable to even submit an extension request prior to expiration of the briefing deadline.

1

Because the Commissioner does not oppose the extension, the court grants the requested extension. However, plaintiff's counsel is hereby cautioned that any future failure to seek extensions of applicable deadlines prior to their expiration will result in the imposition of sanctions without further warning.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 15) is GRANTED.
2. Plaintiff shall file her motion for summary judgment no later than December 18, 2015, with all other case deadlines adjusted accordingly.

IT IS SO ORDERED.

Dated: November 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE