BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA LYNN VINCENT,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-00910-KJN<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 35 days to and including February 25, 2016.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time to further review the file and prepare a response in this matter due to pre-approved leave as well as a heavy workload, including several other district court cases, despite due diligence.

///

1     The parties further stipulate that the remaining dates in the Court's Scheduling Order
2 shall be modified accordingly.
3     Defense counsel apologizes to the Court for any inconvenience caused by this delay.

                        Respectfully submitted,

Dated: January 20, 2016         */s/ Lynn M. Harada for Bess M. Brewer*\*
                                 (*as authorized via email on 1/19/16)
                                 BESS M. BREWER
                                 Attorney for Plaintiff

Dated: January 20, 2016         BENJAMIN B. WAGNER
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                    By:    /s/ Lynn M. Harada
                                 LYNN M. HARADA
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

                                   ORDER

APPROVED AND SO ORDERED:

Dated: January 20, 2016

                                 KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE