BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA LYNN VINCENT,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-00910-KJN<br><br>EX PARTE APPLICATION FOR AN EXTENSION OF TIME AND ORDER |

    IT IS HEREBY REQUESTED by the Defendant through her undersigned attorney, subject to the approval of the Court, that the Commissioner have a 30-day extension of time up to and including March 28, 2016, in which to respond to Plaintiff's Motion for Summary Judgment. This is Defendant's second request for an extension of time to respond to Plaintiff's motion. Defense counsel needs the additional time to properly address the issues Plaintiff raises in her Motion for Summary Judgment due to a heavy workload, including a Ninth Circuit case, several other district court cases, and other substantive non-litigation matters, despite due diligence. Defendant seeks an extension by motion rather than by stipulation because Defendant

was unable to timely reach Plaintiff's counsel by phone or email to obtain her authorization for a stipulation.

     Defense counsel apologizes to the Court and to Plaintiff's counsel for any inconvenience caused by this delay.

Respectfully submitted,

Dated: February 25, 2016         BENJAMIN B. WAGNER
                                            United States Attorney
                                            DEBORAH LEE STACHEL
                                            Acting Regional Chief Counsel, Region IX
                                            Social Security Administration

                               By:    /s/ Lynn M. Harada
                                            LYNN M. HARADA
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant

<u>ORDER:</u>

APPROVED AND SO ORDERED.  All case deadlines are modified accordingly.

Dated:  February 29, 2016

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE